# United States Court of Appeals
## For the First Circuit

No. 11-2331

UNITED STATES,

Appellee,

v.

LAURIE BOHAN,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on August 30, 2012 is amended as follows:

On the cover sheet replace "<u>Laurie Bohan</u> on brief pro se." with "Benjamin L. Falkner, with whom <u>Krasnoo|Klehm LLP</u> was on brief, for appellant."